ACCEPTED
01-14-01016-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 1:58:23 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01016-CR
In the
**Court of Appeals**
For the
**First District of Texas**
At Houston

———————◆———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/8/2015 1:58:23 PM

CHRISTOPHER A. PRINE
Clerk

No. 1399329
In the 177th District Court
Of Harris County, Texas

———————◆———————

GERARDO TAPIA-LOPEZ
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with possessing methamphetamine with the intent to deliver in an amount of at least 400 grams, and the jury found the appellant guilty (CR – 7, 218; 4 RR 246). The jury assessed punishment at 23 years confinement in the Institutional Division of the Texas Department of Criminal Justice and a $1.00 fine (CR – 224-26; 5 RR 28-29). The trial court sentenced the appellant in accordance with the jury's verdict (CR – 224-26; 5 RR 28-30). The

appellant filed a timely notice of appeal, and the trial court certified that he had the right to appeal (CR – 228-30). The State's brief was due on July 8, 2015. This is the State's first request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over 16 megabytes in length split over seven volumes and will take some time to process.

b. This brief was not assigned to the undersigned attorney until June 8, 2015.

c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Odel Roderick Allen v. The State of Texas*<br>No. 14-14-00708-CR<br>Brief Filed May 11, 2015<br>   • Prepared Proposed Findings of Facts and<br>     Conclusions of Law, filed June 15, 2015 |
|---|---|
| (2) | *Jose Dominguez v. The State of Texas*<br>No. 14-14-00652-CR<br>Brief filed June 18, 2015 |
| (3) | *Jose Ramos v. The State of Texas*<br>No. 01-14-00910-CR<br>Brief Filed June 25, 2015 |
| (4) | *Jeremy Howard v. The State of Texas*<br>No. 01-14-00911-CR<br>Brief Due July 1, 2015, *ext.* July 31, 2015 |

| | |
|---|---|
| (5) | *The State of Texas v. Charles Trahan*<br>No. 14-15-00472-CR<br>Brief Filed July 6, 2015<br>• Assisted trial prosecutor in Motion for New Trial<br>• Preparing for State's appeal<br>• Filed Notice of Appeal May 11, 2015<br>• Assigned to the Fourteenth Court of Appeals on May 20, 2015<br>• Record filed June 22, 2015 |
| (6) | *Rafael Avellaneda v. The State of Texas*<br>No. 14-14-00509-CR<br>Brief Due July 17, 2015 |
| (7) | *Alfonson Malone v. The State of Texas*<br>No. 01-14-00054-CR<br>Abated June 30, 2015 to locate State's Exhibit 1<br>Set for a hearing in the trial court on July 17, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Bob Wicoff
Assistant Public Defender
Harris County, Texas
1201 Franklin, 13th Floor
Houston, TX 77002
(713) 368-0016
Bob.Wicoff@pdo.hctx.net

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date: July 8, 2015